IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>            Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS, et. al,<br><br>            Defendants. | Case No. 1:13-cv-00173 AWI JLT (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(Doc. 1). |

    Plaintiff Young Yil Jo is a prisoner in federal custody at the Correctional Center in Big Spring, Texas. To date, Plaintiff has filed more than one hundred civil cases in this District. Plaintiff is an abusive litigant who persists in filing baseless actions in this District.[1] As with the multitude of previous actions filed by Plaintiff, the Complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555-556 (2007).

    The action is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   February 6, 2013                                                    
                                                     SENIOR DISTRICT JUDGE

---

[1] The Court takes judicial notice of Plaintiff's complaints filed in his other actions in this District.

1